UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

FRANCO SUKAJ, and NIKOLAOS TSIKITAS,

*On behalf of themselves and other similarly situated*

                Plaintiff,

- against -

MILOS, INC. and COSTAS SPILIADIS,

                Defendants.

----------------------------------------------------------x

Civil Action No.: 08 CIV 06666

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1), by and between the Parties in the above-captioned action, that the above-captioned action against Costas Spiliadis, including without limitation all claims against Mr. Spiliadis, is hereby dismissed without prejudice. Nothing stated herein shall affect the continuation of the action against Milos, Inc.

Dated: New York, New York
       July 30, 2008

| JOSEPH & HERZFELD LLP | DAVIS & GILBERT LLP |
|---|---|
| By: D. Maimon Kirschenbaum (DK-2338)<br>Charles E. Joseph (CJ-9442) | By: Gregg A. Gilman (GAG-6476) |
| 757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax) | 1740 Broadway<br>New York, NY 10019<br>Tel: (212) 468-4800<br>Fax: (212) 468-4888 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

SO ORDERED:
_____
Hon. Leonard B. Sand
8/5/08