UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE MILOS

---

08 Civ. 06666 (LBS)(KNF)

ECF Case

STATE OF NEW YORK    )
                     ):ss
COUNTY OF NEW YORK   )

James Kelly, being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age, and I reside in Queens, New York.

On Monday, September 14, 2009 at approximately 9:30 p.m., I electronically filed a true copy of the **Memorandum of Law in Partial Opposition to Plaintiffs' Motion for Collective Action Certification Under the FLSA and in Opposition to Rule 23 Class Certification** via the CM/ECF System for the United States District Court for the Southern District of New York, thereby transmitting an email notification of such filing to the following individuals: Charles Edward Joseph, Daniel Maimon Kirschenbaum, and Louis Pechman. The Notice of Electronic Filing generated by the Court is annexed hereto.

Sworn to before me this
15th day of September, 2009

_____
Notary Public

_____
James Kelly

EVANGELOS MICHAILIDIS
Notary Public, State of New York
No. 02MI6188555
Qualified in New York County
Commission Expires June 9, 2012

**Replies, Opposition and Supporting Documents**
1:08-cv-06666-LBS In Re Milos Litigation
CASREF, ECF, LEAD

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Wagman, Leonard on 9/14/2009 at 9:31 PM EDT and filed on 9/14/2009

**Case Name:** In Re Milos Litigation
**Case Number:** 1:08-cv-6666
**Filer:** Milos, Inc.
Costas Spiliadis
**Document Number:** 31

**Docket Text:**
**MEMORANDUM OF LAW in Opposition re: [22] MOTION to Certify Class** *and Collective Action. Memorandum of Law in Partial Opposition to Plaintiffs' Motion for Collective Action Certification Under the FLSA and in Opposition to Rule 23 Class Certification.* **Document filed by Costas Spiliadis, Milos, Inc.. (Wagman, Leonard)**

**1:08-cv-6666 Notice has been electronically mailed to:**

Charles Edward Joseph    maimon@jhllp.com, charles@jhllp.com

Daniel Maimon Kirschenbaum    maimon@jhllp.com

Evangelos Michailidis    emichailidis@sbklaw.com

Leonard Walter Wagman    lwagman@sbklaw.com, jkelly@sbklaw.com

Louis Pechman    pechman@bwp-law.com

**1:08-cv-6666 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/14/2009] [FileNumber=6468419-0
] [8716feb426775edeb05306b8789cdb632a32fcddcb40dd0b41286bf1716c0026cf7
bbed28a65970d9c0313525230d97b71122c844c4d3b17894c999fcacc4d09]]

https://ecf.nysd.uscourts.gov/cgi-bin/Dispatch.pl?2285394336414061    9/14/2009