# JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
Diane Hester
D. Maimon Kirschenbaum
Matthew D. Kadushin
Amy Zobel
Michael D. Palmer
Denise A. Schulman

Counsel:
Michael DiChiara*
*Also admitted in NJ & MA

757 Third Avenue, 25th Floor
New York, NY 10017
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com





USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-10

**MEMO ENDORSED**

July 23, 2010

<u>VIA REGULAR MAIL</u>

Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

Re: In Re Milos Litigation, Index No. 08cv6666

Dear Judge Sand:

We represent Plaintiffs and the Class in the above-captioned matter together with Louis Pechman. To date, there has been no formal discovery schedule set in place for this matter. After conferring with Defendants' counsel, the Parties respectfully request that this Court approve an October 29, 2010 deadline for all discovery.

Thank you for your attention to this matter.

Respectfully submitted,

D. Maimon Kirschenbaum (DK-2338)

27 JUL 2010

So Ordered: _George B. Daniels_
HON. GEORGE B. DANIELS
~~Honorable Leonard B. Sand~~, U.S.

Cc: Louis Pechman, Esq.
    Evangelos Michaliadis, Esq.
    Leonard Wagman, Esq.

**MEMO ENDORSED**