# JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
Diane Hester
D. Maimon Kirschenbaum
Matthew D. Kadushin
Amy Zobel
Michael D. Palmer
Denise A. Schulman

Counsel:
Michael DiChiara*
*Also admitted in NJ & MA

223 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

RECEIVED FEB 0 8 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-8-11

**MEMO ENDORSED**

February 7, 2011

**VIA FACSIMILE**
(212-805-7919)

Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

Re:   In Re: Milos Litigation, 08cv6666(LBS)

Dear Judge Sand:

Together with Louis Pechman, we represent Plaintiffs and the Class in the above-captioned matter. As the period for discovery has closed, the Court's law clerk contacted us recently requesting an update regarding the post-discovery schedule. After conferring with counsel for Defendants, the Parties have agreed, subject to this Court's approval, that (a) all motions for summary judgment shall be filed on or before March 15, 2011, (b) opposition briefs shall be due 30 days after the moving party files their motion, and (c) reply papers shall be due 14 days after the filing of opposition papers. We respectfully request that the Court approve this schedule.

Thank you for your attention to this matter.

Respectfully submitted,

D. Maimon Kirschenbaum

Cc:   Louis Pechman, Esq.
      Leonard Wagman, Esq.

*Endorsement*
*Schedule approved*
*[signature] LBS 2/8/2011*

**MEMO ENDORSED**