UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
: 08 Civ. 06666 (LBS) (KNF)
:
IN RE MILOS LITIGATION                  :
:
:
:
------------------------------------------------------------x

       IT IS HEREBY CONSENTED that Denise A. Schulman of Joseph, Herzfeld, Hester and Kirschenbaum LLP hereby appears on behalf of the Plaintiffs in the above captioned case.

Dated: February 9, 2011

JOSEPH, HESTER, HERZFELD & KIRSCHENBAUM LLP

By:    /s/ Denise A. Schulman
       Denise A. Schulman
       233 Broadway, 5th Floor
       New York, NY 10279
       (212) 688-5640 Phone
       (212) 688-2548 Fax

       *Attorneys for Plaintiffs, FLSA Collective Plaintiffs, and the Class*