| | |
|---|---|
| D. Maimon Kirschenbaum, Esq.<br>Denise A. Schulman, Esq.<br>Joseph, Herzfeld, Hester LLP<br>& Kirschenbaum LLP<br>233 Broadway, 5th Floor<br>New York, NY 10279<br>(212) 688-5640<br>*Attorneys for Plaintiffs* | Louis Pechman, Esq.<br>Jessica Tischler, Esq.<br>Berke-Weiss & Pechman LLP<br>488 Madison Avenue, 11th Floor<br>New York, NY 10022<br>(212) 583-9500<br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
:
: 08 Civ. 6666 (LBS) (KNF)
:
IN RE MILOS LITIGATION : NOTICE OF MOTION
:
: ECF Case
:
-----------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and annexed materials, plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Judge Leonard B. Sand at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on such day and time as counsel may be heard, to grant plaintiffs' motion for partial summary judgment.

1

Dated: New York, New York
       March 15, 2011

| JOSEPH, HERZFELD, HESTER & KIRSCHEBAUM LLP | BERKE-WEISS & PECHMAN LLP |
|---|---|
| By: /s/ D. Maimon Kirschenbaum<br>    D. Maimon Kirschenbaum, Esq.<br>    Denise A. Schulman, Esq.<br>    233 Broadway, 5th Floor<br>    New York, New York 10279<br>    (212) 688-5640<br>    *Attorneys for Plaintiffs* | By: /s/ Louis Pechman<br>    Louis Pechman, Esq.<br>    Jessica Tischler, Esq.<br>    488 Madison Avenue, 11th Floor<br>    New York, New York 10022<br>    (212) 583-9500<br>    *Attorneys for Plaintiffs* |

To: Leonard Wagman, Esq.
    Snow Becker Krauss, P.C.
    605 Third Avenue, 25th Floor
    New York, New York 10158
    (212) 687-3860
    *Attorneys for Defendants*

   Evangelos Michailidis, Esq.
   Duane Morris LLP
   1540 Broadway
   New York, New York 10036
   (212) 471-1864
   *Attorneys for Defendants*

2