Exhibit 3

Second Page  
Mail Date: February 9, 2004

EFF. DT.   10/06/2003     LO#   0801 5  
SOCIAL SECURITY NO.   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  
ER NO.   E18-31706 3

THEODOROS MAICHOSIS, your former employee, has filed a claim for unemployment insurance.

1. What was the last day this claimant worked for you? **December 21, 2003**

2. Please explain the specific reason you chose to terminate the claimant.
   **V.I.P. table disregarded; slow service; inattentive; unsatisfactory work quality**

3. On what date did this act or omission occur? **Dec. 15, Dec. 2, June 9, April 23, 2003**

4. How would the claimant have known his/her actions would cause his/her discharge?
   **When he was given a written warning notice on Dec. 2, he was warned that he would be suspended if he made another bad judgement (he signed this warning).**

5. Were there any prior incidents and/or warnings given the claimant? ☒ YES ☐ NO
   If yes, when was the warning given? **Dec. 2, June 9, April 23**
   By whom (Name) **Camille Scuria, Maite Arguelles, Reno Christou**
   Title **Operations Manager, Bookkeeper, General Manager**
   What was the claimant told at that time?
   **That he used bad judgement and would be suspended if it happened again. He needed to uphold his waitering responsibilities.**

6. What reason did the claimant give you for his/her actions that led to his/her discharge?
   **He said, "I can't read the guests' minds," but this is actually what we require our waitstaff to do.**

7. Is there a process that the claimant could have used to appeal the discharge?
   ☐ YES ☒ NO   If yes, did the claimant avail himself/herself of this process?
   ☐ YES ☐ NO   If yes, with what results?

EXHIBIT  
P-2  
4-15-10

Employer Name: **Estiatorio Milos**

_Authorized Signature_ — **Camille Scuria, Operations Mgr.**   **02-12-04**
Name / Title                                                Date

Telephone Number: **212-245-7400**