# Exhibit 6

| | |
|---|---|
| From: | Camille Scuria [CamilleScu@netscape.net] |
| Sent: | Tuesday, November 04, 2003 10:21 AM |
| To: | cspiliadis@aol.com; georgespiliadis@sympatico.ca |
| Subject: | Staff Notes |

Some added notes about Milos NYC staff:

On Monday, I fired two of our waiters, as per Reno's/Carolos' instructions. These were Emmanuel and Ninel, who were repeat offenders and a bit too ill-mannered. They left without argument.

Dorios has returned, increasing our chef/captains to six. We should consider hiring one more, in order to keep the section sizes most manageable.

--Camille Scuria



CONFIDENTIAL

D 28959