**MEMO ENDORSED**

## MCLAUGHLIN & STERN, LLP
FOUNDED 1898

LEONARD W. WAGMAN
Partner
lwagman@mclaughlinstern.com
(212) 448-1100 extension 1200

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066
www.mclaughlinstern.com

MILLBROOK, NEW YORK

WEST PALM BEACH, FLORIDA

April 7, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-11

**VIA HAND DELIVERY**

Hon. Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

Re: In Re: Milos Litigation, 08-CV-6666 (LBS)

Dear Judge Sand:

The undersigned, counsel for all the parties hereto, write to inform the Court that a settlement of the above case has been achieved. On or before May 13, 2011 we anticipate submitting to the Court a proposed Joint Stipulation of Settlement and Release.

Pending completion of the settlement process, we respectfully request that the Court adjourn without date the plaintiffs' summary judgment motion and the date for responses thereto.

Thank you for your consideration.

Respectfully submitted,

*Attorneys for Plaintiffs:*

D. Maimon Kirschenbaum (DK-2338)
Joseph, Herzfeld, Hester & Kirschenbaum LLP
233 Broadway
New York, New York 10279
(212) 688-5640

*Adjournment granted.*

*So ordered.*
*/s/ Sand*
*USDJ 4/11/11*

**MEMO ENDORSED**

McLaughlin & Stern, LLP

Hon. Leonard B. Sand
April 7, 2011
Page 2

_____
Louis Pechman (LP-6395)
Berke-Weis & Pechman LLP
488 Madison Avenue
New York, New York 10022
(212) 583-9500

*Attorneys for Defendants:*

_____
Leonard W. Wagman (LWW-0509)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100

_____
Evangelos Michailidis (EM-3383)
Duane Morris LLP
1540 Broadway
New York, New York 10036
(212) 471-1864

So Ordered: _____
                    U.S.D.J.

**MEMO ENDORSED**